**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| SAM SAIHUNG LO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION d/b/a FANNIE MAE,<br><br>　　　　　Defendants. | 2:12-cv-01411-JAD-VCF<br><br>**ORDER** |

  Before the court are the Stipulated Order of Established Facts and on Plaintiff's Motion to Compel (#65) and Plaintiff's Motion for Sanctions for Discovery Abuse (#68).

  IT IS HEREBY ORDERED that a hearing on the Stipulated Order of Established Facts and on Plaintiff's Motion to Compel (#65) and Plaintiff's Motion for Sanctions for Discovery Abuse (#68) is scheduled for 1:00 p.m., December 9, 2014, in courtroom 3D.

  DATED this 2nd day of December, 2014.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE